**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DE JESUS ACUNA, | Case No. CV 13-1310 SC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| WELLS FARGO BANK, N.A. and DOES 1-20, inclusive, | |
| Defendants. | |

   On March 29, 2013, Defendant Wells Fargo ("Defendant") moved to dismiss Plaintiff Teresa De Jesus Acuna's ("Plaintiff") complaint and to strike portions of the complaint. ECF Nos. 7 ("MTD"), 8 ("MTS"). On April 3, 2013, Plaintiff declined to proceed before a magistrate judge, before whom her case was set to proceed, and the above-captioned case was reassigned to the undersigned. ECF No. 12 ("Declination to Proceed"). On April 4, 2013, Defendant renoticed its motions for a hearing on May 10, 2013, thereby vacating the previously set hearing dates. See Civ. L.R. 3-12(g). The due date for Plaintiff's opposition was accordingly set for April 19, 2013, fourteen days after Defendant's

motions' filing date.  Plaintiff has not filed an opposition.

    Plaintiff is hereby ORDERED TO SHOW CAUSE why her case should not be dismissed for failure to prosecute.  Plaintiff may file a brief on this issue within five days of the signature date of this Order.  A hearing on this order to show cause is hereby set for May 10, 2013, at 10:00 AM in the United States District Court for the Northern District of California, Courtroom 1, 450 Golden Gate Avenue, San Francisco, CA 94102.  Plaintiff's failure to show cause on this issue may result in dismissal of her case.

    IT IS SO ORDERED.

Dated: April 24, 2013

                                 UNITED STATES DISTRICT JUDGE